# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agee, George S. | 4th Circuit | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Fourth Circuit U.S. Court of Appeals
1100 E. Main Street
Richmond, VA 23218

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | Bridgewater College |
| 2. | Director | Roanoke Equity Group, LLC |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agee, George S.** | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Commonwealth of Virginia-Retirement Income | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Carilion Clinic-Salary |
| 2. 2020 | RGC Resources, Inc. - Director Fees |
| 3. 2020 | American National Bank (formerly Hometown Bank) - Director Fees |
| 4. 2020 | Health Care Realty Trust Incorporated - Director Fees |
| 5. 2020 | Change Healthcare - Consultant Fees |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMNB | D | Dividend | N | T | | | | | |
| 2. SUWI, LLC - (H) | | | | | | | | | |
| 3. -Rental Property #1 Roanoke, VA | C | Distribution | L | W | | | | | |
| 4. Healthcare Realty Trust, Inc. | C | Dividend | M | T | | | | | |
| 5. Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6. RGC Resources, Inc. | D | Dividend | O | T | | | | | |
| 7. NEWFX | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 8. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 9. RCC Equity Group, LLC | | None | K | U | | | | | |
| 10. IRA #1 - (H) | | | | | | | | | |
| 11. -IGAAX | A | Dividend | J | T | | | | | |
| 12. -ANWPX | A | Dividend | J | T | | | | | |
| 13. -CWGIX | A | Dividend | J | T | | | | | |
| 14. -AMRMX | A | Dividend | K | T | | | | | |
| 15. -ANCFX | A | Dividend | K | T | | | | | |
| 16. -CAIBX | A | Dividend | K | T | | | | | |
| 17. -AMECX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -AMCPX | A | Dividend | K | T | | | | | |
| 19. -AGTHX | A | Dividend | K | T | | | | | |
| 20. -NEWFX | A | Dividend | J | T | | | | | |
| 21. Retirement Account #1 Virginia Deferred Compensation Plan - (H) | | | | | | | | | |
| 22. -VRS Stock Fund | C | Dividend | N | T | | | | | |
| 23. -Stable Value Fund | A | Dividend | L | T | | | | | |
| 24. -VRS Int'l Stock Fund | C | Dividend | L | T | | | | | |
| 25. -VRS Small/Mid Cap Stock Fund | B | Dividend | K | T | | | | | |
| 26. IRA #2 - (H) | | | | | | | | | |
| 27. -IGAAX | A | Dividend | J | T | | | | | |
| 28. -ANWPX | A | Dividend | J | T | | | | | |
| 29. -CWGIX | A | Dividend | J | T | | | | | |
| 30. -AMRMX | A | Dividend | J | T | | | | | |
| 31. -ANCFX | A | Dividend | J | T | | | | | |
| 32. -CAIBX | A | Dividend | J | T | | | | | |
| 33. -AMECX | A | Dividend | K | T | | | | | |
| 34. -AMCPX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -AGTHX | A | Dividend | J | T | | | | | |
| 36. -NEWFX | A | Dividend | J | T | | | | | |
| 37. Retirement Account #2 Carilion Health System Sec 403(b) Plan - (H) | | | | | | | | | |
| 38. -Prudential Guaranteed Income Fund 28 | A | Interest | | | Sold | 06/30/20 | J | A | |
| 39. -Metropolitan West Total Return Bond Plan | C | Dividend | J | T | Sold (part) | 06/30/20 | M | C | |
| 40. -American Funds Euro Pacific Growth | A | Dividend | | | Sold | 06/30/20 | J | A | |
| 41. -JP Morgan Mid Cap Value | C | Dividend | J | T | Sold (part) | 06/30/20 | M | D | |
| 42. -Loomis Soyles Small Cap Growth Inst(formerly Prud. Jenn. Sm Co A*1) | C | Dividend | J | T | Sold (part) | 06/30/20 | M | D | |
| 43. Mass Mut Sel Mid-Cap Growth Cl I | A | Dividend | | | Sold | 06/30/20 | J | A | |
| 44. -Vanguard Instl Index I | D | Dividend | | | Sold | 06/30/20 | O | B | |
| 45. Retirement Acct #3 Carilion Health System Sec 457(b) Plan - (H) | | | | | | | | | |
| 46. -Metropolitan West Total Return Bond Plan | B | Dividend | L | T | | | | | |
| 47. -J Hancock Disciplined Value R6 | D | Dividend | M | T | | | | | |
| 48. -Vanguard Instl I | D | Dividend | M | T | | | | | |
| 49. Retirement Acct #4 Equivest TSA 501(c)(3) Plan - (H) | | | | | | | | | |
| 50. -EQ Guaranteed Interest | A | Dividend | J | T | | | | | |
| 51. -EQ International Equity Index | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -EQ/AB Small Cap Growth | A | Dividend | J | T | | | | | |
| 53. -EQ/MidCap VAL managed Vol | A | Dividend | J | T | | | | | |
| 54. -EQ Black Rock Basic | B | Dividend | K | T | | | | | |
| 55. -Equitable Multimanager Core Bond | A | Dividend | J | T | | | | | |
| 56. -Equitable Core Plus Bond (formerly Charter Multi Sector Bond) | A | Dividend | J | T | | | | | |
| 57. Retirement Acct #5 Alliance Benefit Group Capital ACCU.AC - (H) | | | | | | | | | |
| 58. -FAIGX | A | Dividend | | | Sold | 01/30/20 | M | B | |
| 59. -VFIAX | A | Dividend | | | Sold | 01/30/20 | M | B | |
| 60. Life Insurance Policy #1 Natl Life Ins Co Whole Life | C | Dividend | M | T | | | | | |
| 61. Life Insurance Policy #2 Equitable Variable Life - (H) | | | | | | | | | |
| 62. -EQ/Moderate Allocation | A | Dividend | J | T | | | | | |
| 63. -EQ/Common Stock Index | A | Dividend | K | T | | | | | |
| 64. -Multimanager, Aggressive Equity | A | Dividend | J | T | | | | | |
| 65. Fed Govt OBLIG Fund #395 | A | Interest | J | T | | | | | |
| 66. OWLSX | E | Dividend | P1 | T | | | | | |
| 67. OWSMX | E | Dividend | N | T | | | | | |
| 68. OWACX | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. OWCIX (formerly OWMAX) | D | Dividend | N | T | | | | | |
| 70. OWMBX | D | Interest | O | T | | | | | |
| 71. BOTJ | A | Dividend | K | T | | | | | |
| 72. IVV | A | Dividend | L | T | | | | | |
| 73. ABTYX | A | Dividend | J | T | | | | | |
| 74. FWGIX | A | Dividend | K | T | | | | | |
| 75. DODGX | A | Dividend | | | Sold | 06/10/20 | K | A | |
| 76. FUNFX | A | Dividend | K | T | | | | | |
| 77. GAFFX | A | Dividend | K | T | | | | | |
| 78. HGIFX | A | Dividend | J | T | | | | | |
| 79. FIFAX | A | Dividend | J | T | | | | | |
| 80. JGRSX | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 81. JPPEX | A | Dividend | J | T | | | | | |
| 82. MPVOX | A | Dividend | J | T | | | | | |
| 83. MPMNX | A | Dividend | J | T | | | | | |
| 84. MFEKX | A | Dividend | K | T | | | | | |
| 85. FNPFX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  FNWFX | A | Dividend | K | T | | | | | |
| 87.  TBCIX | A | Dividend | K | T | | | | | |
| 88.  LTMIX | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 89.  IEFA (incorrectly listed on 2019 report as EFA) | A | Dividend | K | T | | | | | |
| 90.  TIP | A | Dividend | J | T | | | | | |
| 91.  IUSG | A | Dividend | K | T | | | | | |
| 92.  VO | A | Dividend | K | T | | | | | |
| 93.  VB | A | Dividend | J | T | | | | | |
| 94.  IUSV | A | Dividend | J | T | | | | | |
| 95.  IBMI | A | Dividend | | | Redeemed | 09/04/20 | J | A | |
| 96.  IWR | A | Dividend | J | T | | | | | |
| 97.  CFIHX | A | Dividend | J | T | | | | | |
| 98.  TFEBX | A | Dividend | J | T | | | | | |
| 99.  FITQX | A | Dividend | J | T | | | | | |
| 100.  Retirement Acct #6 SEP (H) | | | | | | | | | |
| 101.  -IEMG | A | Dividend | J | T | | | | | |
| 102.  -IJR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -IVV | A | Dividend | J | T | | | | | |
| 104.  -ISTB | A | Dividend | J | T | | | | | |
| 105.  -VEU | A | Dividend | J | T | | | | | |
| 106.  -VO | A | Dividend | J | T | | | | | |
| 107.  -FEUPX | A | Dividend | J | T | | | | | |
| 108.  -FNWFX | A | Dividend | J | T | | | | | |
| 109.  -BAGIX | A | Dividend | J | T | | | | | |
| 110.  -MFEKX | A | Dividend | J | T | | | | | |
| 111.  -MITJX | A | Dividend | J | T | | | | | |
| 112.  -PHYQX | A | Dividend | J | T | | | | | |
| 113.  -TRGXX | A | Dividend | J | T | | | | | |
| 114.  Trust #1 ((H)(X) | | | | | | | | | |
| 115.  -WFCPRV | A | Dividend | | | Sold | 02/20/20 | K | | |
| 116.  -REET | A | Dividend | | | Sold | 02/20/20 | J | | |
| 117.  -CWBFX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 118.  -DISYX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 119.  -DFEVX | A | Dividend | | | Sold | 02/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agee, George S.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -DODIX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 121.  -DODFX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 122.  -EVIBX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 123.  -FIHLX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 124.  -HDGFX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 125.  -JVAAX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 126.  -MEIKX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 127.  -PDGIX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 128.  -TIMUX | A | Dividend | | | Sold | 02/20/20 | J | | |
| 129.  -AMNB Money Market | A | Interest | L | T | Buy | 12/18/20 | L | | |
| 130.  ATFSX | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 131.  IRA #3 - (H) | | | | | | | | | |
| 132.  -OWFIX | D | Interest | N | T | Buy | 06/30/20 | N | | |
| 133.  -OWLSX | D | Dividend | N | T | Buy | 06/30/20 | N | | |
| 134.  -OWSMX | D | Dividend | M | T | Buy | 06/30/20 | M | | |
| 135.  -OWACX | D | Dividend | M | T | Buy | 06/30/20 | M | | |
| 136.  -OWCIX | C | Dividend | L | T | Buy | 06/30/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DISYX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 138. | | | | | Sold | 06/12/20 | J | A | |
| 139. CWBFX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 140. | | | | | Sold | 03/05/20 | J | A | |
| 141. DFSUX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 142. | | | | | Sold | 03/05/20 | J | A | |
| 143. DFEUX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 144. | | | | | Sold | 03/05/20 | J | A | |
| 145. DODFX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 146. | | | | | Sold | 06/12/20 | J | A | |
| 147. DODIX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 148. | | | | | Sold | 03/05/20 | J | A | |
| 149. EVIBX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 150. | | | | | Sold | 03/05/20 | J | A | |
| 151. FIHLX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 152. | | | | | Sold | 03/05/20 | J | A | |
| 153. HDGFX | A | Dividend | | | Buy | 02/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 06/12/20 | J | A | |
| 155. JUAAX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 156. | | | | | Sold | 03/05/20 | J | A | |
| 157. MEIKX | A | Dividend | J | T | Buy | 02/20/20 | J | | |
| 158. PDGIX | A | Dividend | J | T | Buy | 02/20/20 | J | | |
| 159. TIMUX | A | Dividend | | | Buy | 02/20/20 | J | | |
| 160. | | | | | Sold | 06/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agee, George S.** | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust assets are listed under Trust #1, Items 115-129.

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544